# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| JESSICA JOHNSON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. 6:15cv892 |
| CITY OF WHITEHOUSE, TEXAS and CRAIG SHELTON | § | |
| | § | |
| Defendants. | § | JURY DEMANDED |

## CLERK'S ENTRY OF DEFAULT

On this __27th__ day of __July__, 2016, it appearing from the Affidavit in Support of Default of Charles H. Clark, Attorney for Plaintiff, that the Defendant named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of the following named Defendant is hereby entered:

Craig Shelton

David A. O'Toole, CLERK

BY: _____
Deputy Clerk